```
1  STEPHEN M. HAYES (SBN 83583)
   STEPHEN P. ELLINGSON (SBN 136505)
2  HAYES, DAVIS, ELLINGSON, McLAY & SCOTT
   203 Redwood Shores Parkway, Suite 480
3  Redwood Shores, California  94065
   Telephone:  (650) 637-9100
4  Facsimile:   (650) 637-8071

5  Attorney for Defendant
   STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY
6  (Erroneously sued as "State Farm Mutual Insurance Company")
```

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NANCY CLEWETT,<br><br>           Plaintiff,<br><br>      v.<br><br>STATE FARM MUTUAL INSURANCE COMPANY; and DOES 1 through 20, inclusive,<br><br>           Defendants. | CASE NO.: C04 03311 JW<br>RELATED CASE: C-04-3022 JW<br><br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO PARTIALLY REVISE THE COURT'S SCHEDULING ORDER**<br><br>****MODIFIED BY THE COURT**** |

On November 30, 2004, Judge Ware designated *Clewett v. State Farm*, Case No. C04 03311 JW and *Mezzetti v. State Farm*, Case No. C04-3022 JW related. As such, they have identical Scheduling Orders. All parties, by and through their respective counsel, hereby stipulate to revise certain deadlines in the Court's Scheduling Orders as follows:

## I.
## RECITALS

1.  The parties have been working diligently toward moving these related cases forward in an efficient, expeditious manner. The parties have participated in the Rule 26 conferences and exchanged the information and documents required by Rule 26. The parties have also exchanged written discovery.

2.  The parties wish to litigate this matter in a cost effective manner and avoid unnecessary expert retention expenses and attorneys fees and costs. To that end, all of the parties in

16801                                       -1-

STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S SCHEDULING ORDER
CASE NOS. C04-03311 JW & CASE NO. C04-03022 JW

both related matters have sought to avoid potentially unnecessary discovery and expert retention pending exploration of settlement potential at the Early Neutral Evaluation conference to which the parties stipulated as their ADR option.

3.   The Court has appointed George C. Fisher of Richey, Fisher, Whitman & Klein as the ENE Evaluator for both matters. On July 12, 2005, the parties participated in the pre-ENE conference call with Mr. Fisher and due to trial calendars, vacation schedules and other conflicts of the four attorneys who must attend, the earliest available date for the ENE conference is September 15, 2005. Thus, the parties have scheduled the ENE conference for that date subject to Court approval of this stipulation.

4.   The parties also recognize that the Court's determination of a dispositive motion could either terminate this case or significantly narrow the issues relevant for trial and discovery.

5.   For these reasons, the parties have agreed to stipulate to certain revisions to the Court's Scheduling Order to avoid incurring the expense of expert disclosure and other discovery that may not be necessary before either the completion of the ENE conference or the resolution of a dispositive motion.

6.   The parties do not seek to continue any deadlines other than those deadlines necessary to accommodate the cost effective preparation of this matter for trial. The parties do not seek to delay the trial date, the preliminary pretrial conference or the final pretrial conference or deadlines thereto.

Accordingly, the parties hereby stipulate to revising the Scheduling Order as follows.

## II.
## STIPULATION

The parties hereby stipulate to the following revisions to the court's Scheduling Order:

| | | |
|---|---|---|
| 1. | Deadline for Conducting the ENE Conference: | September 30, 2005 (currently August 19, 2005); |
| 2. | Deadline for Hearing Pretrial Dispositive Motions: | November 7, 2005 (currently October 3, 2005); |
| 3. | Disclosure of Expert Witnesses: | November 15, 2005 (currently July 26, 2005); |

| | | |
|---|---|---|
| 4. | Rebuttal Expert Disclosure: | November 30, 2005 (currently August 5, 2005); |
| 5. | Deadline to file a motion to exclude an expert or any portion of the expert's testimony: | December 12, 2005, 9:00am (currently September 19, 2005); |
| 6. | Close of Discovery, including experts: | December 30, 2005 (currently August 30, 2005); |
| 7. | Deadline to file preliminary pretrial and trial conference statement: | January 30, 2005 (currently November 21, 2005); |
| 8. | Preliminary Pretrial Conference: | February 27, 2006 (currently December 5, 2005). |

9. The nature and extent of the disclosures, motions, other submissions to the court and any other substantive requirements associated with each of the deadlines set forth above remains unchanged from the Court's original November 30, 2004 Scheduling Order.

Dated: 7/13, 2005

CLARK & CLARK

_____
WILLIAM G. CLARK
JOHN C. CLARK
Attorneys for Plaintiff
NANCY CLEWETT

Dated: 7/13, 2005

HAYES, DAVIS, ELLINGSON, McLAY & SCOTT

By _____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

16801

-3-

STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S SCHEDULING ORDER
CASE NOS. C04-03311 JW & CASE NO. C04-03022 JW

### III.
### ORDER

Pursuant to the parties' stipulation, the Court's November 30, 2004 Scheduling Order is hereby revised as follows:

| | | | |
|---|---|---|---|
| 1. | Deadline for Conducting ENE Conference: | | September 30, 2005 |
| 2. | Deadline for Hearing Pretrial Dispositive Motions: | | November 7th, 2005 @ 9am |
| 3. | Disclosure of Expert Witnesses: | | November 15, 2005 |
| 3. | Rebuttal Expert Disclosure: | | November 30, 2005 |
| 4. | Deadline to file a motion to exclude an expert or any portion of the expert's testimony: | | December 12, 2005, 9:00am |
| 5. | Close of Discovery, including experts: | | December 30, 2005 |
| 6. | Deadline to file preliminary pretrial and trial setting conference statement: | | January 30, 2006 |
| 7. | Preliminary Pretrial Conference: | | February 27, 2006 @11am |

IT IS SO ORDERED:

Dated: <u>July 14</u>, 2005        <u>/s/ James Ware</u>
                                 HONORABLE JAMES WARE
                                 UNITED STATES DISTRICT JUDGE