STEPHEN M. HAYES (SBN 83583)
STEPHEN P. ELLINGSON (SBN 136505)
HAYES, DAVIS, ELLINGSON, McLAY & SCOTT LLP
203 Redwood Shores Parkway, Suite 480
Redwood Shores, California 94065
Telephone: 650.637.9100
Facsimile: 650.637.8071

Attorney for Defendant
STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

IT IS SO ORDERED
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MEZZETTI,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and DOES 1 through 30, inclusive,<br><br>　　　　　Defendants. | CASE NO. C04 03022 JW<br>RELATED CASE: C04 03311 JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S SCHEDULING ORDER** |

On November 30, 2004, Judge Ware designated *Clewett v. State Farm*, Case No. C04 03311 JW and *Mezzetti v. State Farm*, Case No. C04-3022 JW related. As such, they have identical Scheduling Orders. All parties, by and through their respective counsel, hereby stipulate to revise certain deadlines in the Court's Scheduling Orders as follows:

## I.
## RECITALS

1. The parties have been working diligently toward moving these related cases forward in an efficient, expeditious manner. The parties have participated in the Rule 26 conferences and exchanged the information and documents required by Rule 26. The parties have also exchanged written discovery.

2. The Court has appointed George C. Fisher of Richey, Fisher, Whitman & Klein as the ENE Evaluator for both matters. The ENE is scheduled for September 28, 2005.

17230
-1-

3. The parties have agreed to extend the deadline for hearings on pre-trial dispositive motions by one week.

4. The parties recognize that the Court's determination of a dispositive motion could either terminate this case or significantly narrow the issues relevant for trial and discovery.

5. Continuing the hearing deadline on pre-trial dispositive motions also necessitates a brief continuance of other deadlines and the parties also stipulate to certain revisions to the Court's Scheduling Order to avoid incurring the expense of expert disclosure and other discovery that may not be necessary following the resolution of a dispositive motion.

6. The parties do not seek to continue any deadlines other than those deadlines necessary to accommodate the cost effective preparation of this matter for trial. The parties do not seek to delay the trial date, which has not yet been scheduled, or continue the preliminary pretrial conference or the final pretrial conference or deadlines related thereto.

Accordingly, the parties hereby stipulate to revising the Scheduling Order as follows.

## II.
## STIPULATION

The parties hereby stipulate to the following revisions to the court's Scheduling Order:

1. Deadline for Hearing Pretrial Dispositive Motions: November 14, 2005 (currently November 7, 2005);

2. Disclosure of Expert Witnesses: December 6, 2005 (currently November 15, 2005);

3. Rebuttal Expert Disclosure: December 21, 2005 (currently November 30, 2005);

4. Deadline to file a motion to exclude an expert or any portion of the expert's testimony: January 2, 2006, 9:00am (currently December 12, 2005);

5. Close of Discovery, including experts: January 20, 2006 (currently December 20, 2005);

6. Deadline to file preliminary pretrial and trial conference statement: January 30, 2006 (remains the same);

8. Preliminary Pretrial Conference: February 27, 2006 (remains the same).

9. The nature and extent of the disclosures, motions, other submissions to the court and any other substantive requirements associated with each of the deadlines set forth above remains unchanged from the Court's July 14, 2005 Scheduling Order.

Dated: 9/27, 2005         LAW OFFICES OF HOWARD G. FRANK

*[signature]*

HOWARD G. FRANK
Attorney for Plaintiff
SUSAN MEZZETTI

Dated: 8/27, 2005         MEZZETTI LAW FIRM, INC.

*[signature]*, for

ROBERT L. MEZZETTI II
Attorney for Plaintiff
SUSAN MEZZETTI

Dated: 9/27, 2005         HAYES, DAVIS, ELLINGSON, McLAY & SCOTT

By *[signature]*
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

## III.
## ORDER

Pursuant to the parties' stipulation, the Court's July 14, 2005 Scheduling Order is hereby revised as follows:

1. Deadline for Hearing Pretrial Dispositive Motions:   November 14, 2005
3. Disclosure of Expert Witnesses:                      December 6, 2005
3. Rebuttal Expert Disclosure:                          December 21, 2005

19905                           -3-
STIPULATION AND [PROPOSED] ORDER TO PARTIALLY REVISE THE COURT'S SCHEDULING ORDER
*CASE NO. C04 03022 JW*

| | | | |
|---|---|---|---|
| 1 | 4. | Deadline to file a motion to exclude an expert or any portion of the expert's testimony: | January 2, 2006, 9:00am |
| 2 | | | |
| 3 | 5. | Close of Discovery, including experts: | January 20, 2006 |
| 4 | 6. | Deadline to file preliminary pretrial and trial setting conference statement: | January 30, 2006 |
| 5 | | | |
| 6 | 7. | Preliminary Pretrial Conference: | February 27, 2006 @ 11:00am |

IT IS SO ORDERED:

Dated: 9/28 , 2005

/s/ James Ware
_____
HONORABLE JAMES WARE
UNITED STATES DISTRICT JUDGE

19905

-4-